ELAINE BOTWIN v. CLIFFORD BOTWIN.

May 3, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOE LEE MAGGETTE.

May 3, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE THOMAS, JR.

May 3, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BULLOCK.

May 3, 1982.

Petition for certification denied.